IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETA HADDOX, individually and on behalf of B.S. and D.S., minors, OTIS HADDOX, individually and on behalf of a similarly situated class of persons, and VINCENT ANDREWS, individually,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | NO. CV-F-07-241 OWW/SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND (Doc. 6), DIRECTING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT, AND VACATING ORAL ARGUMENT SET FOR MONDAY, MAY 21, 2007 |

　　Based on Plaintiffs' representations that Plaintiffs do not oppose certain portions of Defendants' motion to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted and will amend to comply with legal

1

1  **requirements, Defendants' motion to dismiss is GRANTED WITH LEAVE**
2  **TO AMEND.**
3      **Plaintiffs shall file the First Amended Complaint within 30**
4  **days of the filing date of this Order.**
5      **Oral argument on the motion to dismiss set for Monday, May**
6  **21, 2007 is VACATED.**
7  IT IS SO ORDERED.
8  **Dated:   May 17, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE