Michael G. Marderosian, No. 77296
Jacob J. Rivas, No. 208504
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, California 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants CITY OF FRESNO and CHIEF JERRY DYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLETA HADDOX, individually and on behalf of B.S. and D.S. minors, OTIS HADDOX, individually and on behalf of a similarly situated class of persons, and VINCENT ANDREWS, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, DOES 1 through 10, inclusive,<br><br>  Defendants. | Case Number 1:07-CV-00241-OWW-SMS<br><br>**STIPULATION RE VACATION OF MANDATORY SCHEDULING CONFERENCE PENDING FILING OF RESPONSIVE PLEADING ON BEHALF OF DEFENDANTS; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Mandatory Scheduling Conference scheduled to be heard on June 20, 2007, at 8:45 a.m. in Courtroom No. 3 of the United States District Court, Eastern District be vacated pending the filing of defendants' responsive pleading.

Dated: June 18, 2007.                                         MARDEROSIAN, RUNYON, CERCONE,
                                                                              LEHMAN & ARMO


                                                                              By:  /s/ Jacob J. Rivas
                                                                                       Jacob J. Rivas,
                                                                                       Attorneys for Defendants

| | |
|---|---|
| Dated: June 18, 2007. | By: /s/ Bruce W. Nickerson |
| | Bruce W. Nickerson, |
| | Attorney for Plaintiffs above-named. |

### ORDER

**IT IS SO ORDERED** that the Mandatory Scheduling Conference scheduled to be heard on June 20, 2007, at 8:45 a.m. in Courtroom No. 3 of the United States District Court, Eastern District is hereby vacated pending the filing of defendants' responsive pleading. The Mandatory Scheduling Conference will be rescheduled upon the filing of defendants' responsive pleading.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                    /s/ Oliver W. Wanger
                                                           UNITED STATES DISTRICT JUDGE