```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ARLETA HADDOX, individually and on behalf of B.S. and D.S. minors, OTIS HADDOX, individually and on behalf of a similarly situated class of persons, and VINCENT ANDREWS, individually,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF FRESNO, CHIEF JERRY DYER, DOES 1 through 10, inclusive,<br><br>             Defendants. | 1:07-cv-0241 OWW SMS<br><br>ORDER SETTING FURTHER SCHEDULING CONFERENCE |

A Scheduling Conference was held January 4, 2008. Defendants City of Fresno and Chief Jerry Dyer appeared by and through their attorneys Marderosian, Runyon, Cercone, Lehman & Armo by Michael E. Lehman, Esq.  There was no appearance for Plaintiffs.

The Court notes that the ruling on Defendants' Motions to Dismiss was not electronically filed until January 2, 2008.  That ruling eliminates certain claims, one of the Defendants, and will result in an amendment to the complaint on file.

1

1  Accordingly, this Scheduling Conference shall be rescheduled
2  for March 7, 2008, at 8:15 a.m.  Plaintiffs' counsel is
3  authorized to appear telephonically as he is more than 50 miles
4  from the Courthouse.

7  IT IS SO ORDERED.

8  **Dated:   January 8, 2008**             **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE