1    Rosemary T. McGuire, Esq.    Bar No. 172549

2        THE LAW FIRM OF
         WEAKLEY, RATLIFF,
3        ARENDT & McGUIRE, LLP
         1630 East Shaw Avenue, Suite 176
4          Fresno, California   93710

5          Telephone: (559) 221-5256
           Facsimile:  (559) 221-5262
6

7    Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER,
     SGT. ANTHONY DEWALL, OFFICER JONATHAN LONG and OFFICER
8    JESUS SALINAS

9                    IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11
     OTIS HADDOX, individually and on behalf    )   CASE NO.: 07-CV-00241-OWW-SMS
12   of B.S. and D.S. minors; VINCENT           )
     ANDREWS, individually and on behalf of     )
13   similarly situated class of person; and    )
     STEPHEN A. SMITH, individually,            )
14                                              )   STIPULATED DISMISSAL
                   Plaintiffs,                  )
15                                              )
                   vs.                          )
16                                              )
     CITY OF FRESNO, CHIEF JERRY DYER;          )
17   OFFICER SALINAS, OFFICER LONG,             )
     OFFICER JONATHAN, SUPERVISOR               )   Complaint Filed: 02/13/07
18   DEWALL, OFFICER ANTHONY and                )   Trial Date: September 29, 2009
     DOES 1 through 10, inclusive,              )
19                                              )
                   Defendants.                  )
20   _____        )

21          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, OTIS

22   HADDOX, individually and on behalf of B.S. and D.S. minors; VINCENT ANDREWS,

23   individually and on behalf of a similarly situated class of persons; and STEPHEN A. SMITH,

24   individually, by and through their attorney of record, Bruce Nickerson, Esq., stipulate to the

25   dismissal of any and all claims asserted against defendants CITY OF FRESNO, CHIEF JERRY

26   DYER, SGT. ANTHONY DEWALL, OFFICER JONATHAN LONG and OFFICER JESUS

27   SALINAS, with prejudice.

28

     _____
     Stipulated Dismissal

1   **IT IS SO STIPULATED:**

2

3   DATED: August 13, 2008

4                                        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

5

6                                        By:      /s/   Rosemary T. McGuire
                                                 Rosemary T. McGuire
7                                                Attorneys for Defendants

8
    DATED: August 13, 2008
9                                        LAW OFFICES OF BRUCE M. NICKERSON

10

11                                       By:      /s/  Bruce Nickerson
                                                 Bruce Nickerson
12                                               Attorneys for Plaintiffs

13
    **IT IS SO ORDERED.**
14

15  IT IS SO ORDERED.

16  **Dated:    September 2, 2008**            /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulated Dismissal                          2