**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OTIS HADDOX, individually and on behalf of B.S. and D.S. minors; VINCENT ANDREWS, individually and on behalf of similarly situated class of person; and STEPHEN A. SMITH, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, CHIEF JERRY DYER; OFFICER SALINAS, OFFICER LONG, OFFICER JONATHAN, SUPERVISOR DEWALL, OFFICER ANTHONY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-00241-OWW-SMS<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: 02/13/07<br>Trial Date: September 29, 2009 |

Based upon the stipulation and agreement of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, OTIS HADDOX, individually and on behalf of B.S. and D.S. minors; VINCENT ANDREWS, individually and on behalf of a similarly situated class of persons; and STEPHEN A. SMITH, individually, by and through their attorney of record, Bruce Nickerson, Esq., stipulate to the dismissal of any and all claims asserted against defendants CITY OF FRESNO, CHIEF JERRY DYER, SGT. ANTHONY DEWALL, sued as Officer Anthony and Supervisor Dewall, OFFICER JONATHAN LONG, sued as Officer Jonathan and Officer Long, and OFFICER JESUS SALINAS, with prejudice.

**IT IS SO ORDERED.**

Dated: 11/5/2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge
Eastern District of California